JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Hernandez DeLeon , <br>     Plaintiff, <br>  vs. <br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br>     Defendant. | Case No 1:22-cv-01387-SKO <br><br> ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME <br><br> (Doc. 15) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 17, 2023 to June 16, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  Good cause exists for the requested extension. For the weeks of April 10, 2023 and April 17, 2023,  Counsel currently has 13 merit briefs, and a reply brief. This

1

includes cases that undersigned counsel took on during co-counsel's, Dolly M. Trompeter, leave of absence. Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours.

Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 3, 2023	PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: April 3, 2023	PHILLIP A. TALBERT
	United States Attorney
	MATHEW W. PILE
	Associate General Counsel
	Office of Program Litigation
	Social Security Administration


By:  *\*/s/Heidi Triesch*
    Heidi Triesch
    Special Assistant United States Attorney
    Attorneys for Defendant
    (\*As authorized by email on April 3, 2023)

2

# **ORDER**

Pursuant to the parties' stipulation and unopposed motion for an extension of time (Doc. 15), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including June 16, 2023, to file Plaintiff's Motion for Summary Judgment.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **April 4, 2023**                         /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE